FILED

08/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0203

JOEY ZAHARA,

     Plaintiff/Appellant,

  v.

ADVANCED NEUROLOGY SPECIALISTS,

     Defendant/Appellee.

_____

**ORDER GRANTING MONTANA HOSPITAL ASSOCIATION'S
UNOPPOSED MOTION FOR LEAVE TO APPEAR AMICUS CURIAE**
_____

On Appeal from the Eighth Judicial District of the State of Montana, in and for Cascade County, Cause No. CDV-14-093; The Honorable John Kutzman

_____

Pursuant to the unopposed motion by the Montana Hospital Association ("MHA") for leave to appear as an *amicus* in this matter and join in the brief of *amici* Montana Medical Association and American Hospital Association, and good cause appearing,

IT IS HEREBY ORDERED that MHA's motion is GRANTED. MHA may appear as co-amici with the MMA and AMA, but shall not file a separate brief.

Electronically signed and dated below.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 15 2024